# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEUROCARE INSTITUTE OF**
**CENTRAL FLORIDA, P.A.,**

      **Plaintiff,**

**v.**                                                                **Case No:  6:13-cv-1230-Orl-31DAB**

**SCREEN, INC., PIONEER HEALTH**
**ASSOCIATES, LLC, DEBORAH**
**ROBERTS and JOHN DOES 1-12,**

      **Defendants.**

## ORDER

Upon consideration of Defendant Screen Inc.'s Motion to Dismiss (Doc. 23) and Plaintiff's response (Doc. 28), it is

**ORDERED** that said Motion is **DENIED**. A demand for return of property is not an essential element of conversion under Florida law. *Tambourine Comercio Internacional SA v. Solowsky*, 312 F. App'x 263, 272 (11th Cir. 2009) (" 'The generally accepted rule is that demand and refusal are unnecessary where the act complained of amounts to a conversion regardless of whether a demand is made.' " (quoting *Goodrich v. Malowney*, 157 So.2d 829, 832 (Fla. 2d DCA 1963))).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 20, 2013.

                                                                    GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party