# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEUROCARE INSTITUTE OF**
**CENTRAL FLORIDA, P.A.,**

       **Plaintiff,**

**v.**                                     **Case No:**    **6:13-cv-1230-Orl-31DAB**

**SCREEN, INC., PIONEER**
**HEALTH ASSOCIATES, LLC and**
**DEBORAH ROBERTS,**

       **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal (Doc. 49), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that the individual claims against the named defendants are dismissed with prejudice, each party to bear its own fees and costs; without prejudice as to the claims of the putative class. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 14, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties